IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**F I L E D**

OCT 2 4 2007

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

CYRUS JONATHAN GEORGE,

        Plaintiff,

v.        CIVIL ACTION NO. 2:06-CV-90
        (Judge Maxwell)

UNITED STATES OF AMERICA,
et al.,

        **Defendants.**

### ORDER GRANTING CONSOLIDATED RESPONSE DATE

On this day came the United States of America, Debbie Stevens, Joyce Francis, Alice Lowe, and Duane Heady, by counsel, and moved the Court for an enlargement of time up to and including November 6, 2007, by which time all defendants must answer or otherwise respond to the Complaint filed herein against them. It appearing to the Court that good cause exists for said motion, it is hereby

ORDERED that the time by which the defendants must answer or otherwise respond to the Complaint filed against them is hereby designated as November 6, 2007.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: _October 24, 2007_

                              JOHN S. KAULL
                              UNITED STATES MAGISTRATE JUDGE